UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TALBOTS PHARMACEUTICALS FAMILY PRODUCTS, LLC | CIVIL ACTION NO. 3:20-CV-00915 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SBSW, LLC, d/b/a GOWIND, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Defendant FOXX DEVELOPMENT, INC.'s ("Foxx") Motion to Set Aside Clerk's Entry of Default and Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 13] is **GRANTED IN PART**. To the extent Foxx moves to set aside the Clerk's entry of default, the motion is **GRANTED**. The default entered against Foxx [Doc. No. 12] is set aside. To the extent Foxx moves to dismiss for lack of personal jurisdiction, the Court **DEFERS** ruling. The standard notice of motion setting will be issued.

MONROE, LOUISIANA, this 5th day of October, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE